IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS, LLC, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case Number: 1:06-cv-2842 |
| RA PINEY ORCHARD DONUTS, LLC, *et al.* | * | |
| Defendants | * | |

* * * * * * * * * * * * *

**CONSENT ORDER GRANTING PERMANENT INJUNCTION**
(8743 Piney Orchard Parkway, Odenton, Maryland)

By consent of the parties to this action, and for good cause shown, IT IS, on this 28th day of February, 2007, ORDERED, that:

    A.    The conduct of Defendant, RA Piney Orchard Donuts, LLC ("RA Odenton"), violates the terms of the May 9, 2005 Franchise Agreement (the "Franchise Agreement") with Plaintiffs and that such conduct amounts to a breach of contract sufficient to warrant termination of the Franchise Agreement, *nunc pro tunc*;

    B.    Defendants, RA Odenton, Reginald Pretto and Amy Pretto, and the officers, directors, members, agents, employees and assigns of RA Odenton, are hereby enjoined and restrained from using the "Dunkin Donuts" trademark and other related trademarks, service marks, logos, emblems, trade dress and other indicia of origin and trade names as well as the trade secrets, confidential information, operating manuals, slogans, signs, symbols and other devices used in connection with the operation of a "Dunkin' Donuts" shop or a "Baskin-Robbins" shop, or from otherwise committing acts of infringement and unfair competition in violation of the Lanham Act;

    C.    Defendants, RA Odenton, Reginald Pretto and Amy Pretto, and the officers, directors, members, agents, employees and assigns of RA Odenton, are enjoined and restrained from

010659

owning, maintaining, engaging in, being employed by or having any interest in any other business which sells or offers to sell any product of a type offered by a "Dunkin' Donuts" or a "Baskin-Robbins" shop within a five (5) mile radius of its former franchise located at 8743 Piney Orchard Parkway, Odenton, Maryland 21113 or any other "Dunkin' Donuts" or "Baskin-Robbins" shop for two (2) years from the date of this Order; and

        D.    Nothing contained in this Order shall preclude Defendant, Reginald Pretto, from seeking or obtaining employment as a "Construction Manager" or other similar title whereby Defendant, Reginald Pretto, will be employed to perform leasing and/or purchasing of real property services for new retail stores and/or the construction and outfitting of such stores.

    /s/Andre M. Davis
JUDGE, United States District Court
for the District of Maryland

**CONSENTED TO:**

Attest: *[signature]*

Witness: *[signature]*

*[signature]*

RA PINEY ORCHARD DONUTS, LLC

*[signature]*
By: Reginald Pretto
Its: Managing Member
Date: January 24, 2007

*[signature]*
Reginald Pretto
Date: January 24, 2007

*[signature]*
Amy Pretto
Date: January 24, 2007